UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-463-JCC |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| MICHAEL ANTHONY REYES, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on December 1, 2009. The United States was represented by AUSA Catherine Crisham and the defendant by Jennifer Wellman on behalf of Lynn Hartfield. The proceedings were digitally recorded.

Defendant had been sentenced on or about June 1, 2007 by the Honorable John C. Coughenour on a charge of Felon in Possession of a Firearm, and sentenced to 33 months custody, 3 years supervised release. (Dkt. 25)

The conditions of supervised release included the standard conditions plus the requirements that defendant submit to search, participate in substance abuse treatment and

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

testing, participate in mental health treatment, abstain from alcohol, and provide financial information as requested to his probation officer.

On October 9, 2009, defendant was sentenced to time served for violating the conditions of supervised release by failing to report for drug testing, using methamphetamine, failing to report to his probation officer as directed, failing to notify his probation officer of a change in residence, and associating with a known felon. (Dkt. 38) He was directed to satisfactorily reside and participate in a residential reentry center program for up to 120 days, and not associate with any known gang members.

In an application dated November 30, 2009 (Dkt. 39), U.S. Probation Officer Brian K. Facklam alleged the following violation of the conditions of supervised release:

1. Failing to satisfactorily participate in a residential reentry center program for up to 120 days in violation of special condition 5.

Defendant was advised in full as to the charge and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been detained.

DATED this 1st day of December, 2009.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:         Honorable John C. Coughenour
     AUSA:                   Catherine Crisham
     Defendant's attorney:   Jennifer Wellman, Lynn Hartfield
     Probation officer:      Brian K. Facklam

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3