UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-463-JCC |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| MICHAEL ANTHONY REYES, | ) | |
| Defendant. | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on April 15, 2010. The United States was represented by AUSA Bruce Miyaki and the defendant by Lynn Hartfield. The proceedings were digitally recorded.

Defendant had been sentenced on or about June 1, 2007 by the Honorable John C. Coughenour on a charge of Felon in Possession of a Firearm, and sentenced to 33 months custody, 3 years supervised release. (Dkt. 25)

The conditions of supervised release included the standard conditions plus the requirements that defendant submit to search, participate in substance abuse treatment and testing, participate in mental health treatment, abstain from alcohol, and provide financial

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

information as requested to his probation officer.

On October 9, 2009, defendant was sentenced to time served for violating the conditions of supervised release by failing to report for drug testing, using methamphetamine, failing to report to his probation officer as directed, failing to notify his probation officer of a change in residence, and associating with a known felon. (Dkt. 38) He was directed to satisfactorily reside and participate in a residential reentry center program for up to 120 days, and not associate with any known gang members.

On December 1, 2009, defendant admitted to violating the conditions of supervised release by failing to satisfactorily participate in a residential reentry center program for up to 120 days. (Dkt. 43.) Defendant was sentenced to 120 days with credit for time served, plus 2 years and 6 months supervised release (Dkt. 49.)

In an application dated April 7, 2010 (Dkt. 51), U.S. Probation Officer Brian K. Facklam alleged the following violations of the conditions of supervised release:

1. Failing to report as directed, in violation of standard condition 2.

2. Associating with Star Tavares, in violation of his special condition prohibiting association with this person without prior written approval.

3. Failing to submit to drug testing as directed on or about April 5, 2010, in violation of the special condition ordering him to submit to drug testing as directed.

4. Failing to notify of a change of address, in violation of standard condition 6.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been detained.

DATED this 15th day of April, 2010.

                                            Mary Alice Theiler
                                            United States Magistrate Judge

cc:     District Judge:          Honorable John C. Coughenour
          AUSA:                   Bruce Miyaki
          Defendant's attorney:    Lynn Hartfield
          Probation officer:      Brian K. Facklam

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3